1

2

3

4

5

6

7

8

9

10

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEWAYNE A. WRIGHT, | No.  2:23-CV-1532-DMC-P |
| Plaintiff, | |
| v. | ORDER FOR PAYMENT OF INMATE FILING FEE |
| AMANDA, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.   By separate order, the Court has granted Plaintiff leave to proceed in forma pauperis.

> To:    The California Department of Corrections and Rehabilitation
> 1515 S Street, Sacramento, California 95814:

Plaintiff is obligated to pay the full statutory filing fee of $350.00 for this action. In addition to any initial partial filing fee required to be assessed, Plaintiff will be obligated to make monthly payments in the amount of twenty percent of the preceding month's income credited to Plaintiff's inmate trust account. The agency referenced above is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments from Plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  See 28 U.S.C. § 1915(b)(2).

1

1     Accordingly, IT IS HEREBY ORDERED that:

2          1.          Plaintiff is required to pay the full statutory filing fee of $350.00 for this

3     action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

4          2.          The director of the agency referenced above, or a designee, shall collect

5     from Plaintiff's inmate trust account an initial partial filing fee in accordance with the provisions

6     of 28 U.S.C. § 1915(b)(1) and shall forward the amount to the Clerk of the Court, such payment

7     to be clearly identified by the name and number assigned to this action;

8          3.          Thereafter, the director of the agency referenced above, or a designee, shall

9     collect from Plaintiff's inmate trust account the balance of the filing fee by collecting monthly

10    payments from Plaintiff's inmate trust account in an amount equal to twenty percent (20%) of the

11    preceding month's income credited to Plaintiff's inmate trust account and forwarding payments to

12    the Clerk of the Court each time the amount in the account exceeds $10.00 in accordance with 28

13    U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has been paid in full, such

14    payments to be clearly identified by the name and number assigned to this action;

15         4.          The Clerk of the Court is directed to serve a copy of this order and a copy

16    of Plaintiff's signed in forma pauperis affidavit to the address shown above; and

17         5.          The Clerk of the Court is further directed to serve a copy of this order on

18    the Financial Department of the Court.

19

20    Dated:  October 4, 2023

21                                        _____
                                          DENNIS M. COTA
22                                        UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28