IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE A. WRIGHT,<br><br>             Plaintiff,<br><br>      v.<br><br>AMANDA, et al.,<br><br>             Defendants. | No.  2:23-CV-1532-DMC-P<br><br><br><br>ORDER |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending is a motion to stay proceedings, ECF No. 11, filed by non-party Darel McEwen on behalf of Plaintiff.

       Mr. McEwan, who is housed in a cell adjoining Plaintiff's cell, states that Plaintiff has broken his left wrist which is now in a cast impeding his writing ability.  Mr. McEwan further states that it is his understanding that Plaintiff is being scheduled for transport to an outside hospital in the near future.  On Plaintiff's behalf, Mr. McEwan requests a stay of proceeding until such time as Plaintiff's left wrist and hand are healed.

       The Court construes the pending motion as a request for an extension of time to file a first amended complaint as directed by the Court on January 19, 2024.  So construed and based on Mr. McEwan's declaration which establishes good cause, the request will be granted.

/ / /

Accordingly, IT IS HEREBY ORDERED as follows:

1. The motion filed on behalf of Plaintiff, ECF No. 11, is construed as a motion for an extension of time and, so construed, is GRANTED.

2. Plaintiff shall file a first amended complaint consistent with the Court's January 19, 2024, order within 60 days of the date of this order.

3. The Clerk of the Court is directed to forward Plaintiff a copy of the Court's January 19, 2024, order at ECF No. 10.

Dated: March 12, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2