**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEWAYNE A. WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA, et al.,<br><br>Defendants. | No. 2:23-CV-1532-WBS-DMC<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On May 23, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed. The Court has reviewed the file and concurs in the analysis set forth in the Magistrate Judge's Order of January 19, 2024 ( ECF No. 10).

Accordingly, this action is hereby DISMISSED without prejudice for failure to state a claim upon which relief may be granted and lack of prosecution, and the Clerk of the Court is directed to enter judgment of dismissal and close this file.

IT IS SO ORDERED.

1

1  Dated:  July 19, 2024

                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE