IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEWAYNE A. WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>AMANDA, et al.,<br><br>Defendants. | No. 2:23-CV-1532-WBS-DMC-P<br><br><br><br>ORDER |

      Plaintiff, a prisoner proceeding pro se, brought this civil action. Final judgment was entered on July 22, 2024, and this case is closed.

      Due to a clerical error when the case was opened on the Court's docket, Plaintiff was listed as Dewayne Wright, an inmate in the custody of the California Department of Corrections and Rehabilitation (CDCR), inmate number BK1667. On October 5, 2023, the Court directed filing fee payment be deducted from Mr. Wright's CDCR inmate trust account. See ECF No. 8. The correct plaintiff in this action was Dewayne A. Wright, a Solano County inmate, inmate number 229409. On the Court's own motion, the October 5, 2023, order will be vacated, and the Court will direct that payments made from the inmate trust account of Mr. Wright's (CDCR inmate number BK1667) be refunded.

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The October 5, 2023, order, ECF No. 8, is vacated as having been issued in error.

2. The Financial Department of the Court is directed to refund any payments associated with this case collected from the CDCR inmate trust account for Dewayne Wright, CDCR inmate number BK1667.

3. The Clerk of the Court is directed to serve a copy of this order on the Financial Department.

Dated:  September 5, 2025

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2